# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 04-2264

———————

United States of America,

        Appellee,

v.

Kenneth Isaacs,

        Appellant.

\*
\*
\*
\*
\* Appeal from the United States
\* District Court for the
\* Eastern District of Arkansas.
\*
\* [UNPUBLISHED]
\*

———————

Submitted: June 1, 2005
Filed: June 6, 2005

———————

Before BYE, RILEY, and COLLOTON, Circuit Judges.

———————

PER CURIAM.

Kenneth Isaacs appeals the sentence the district court[1] imposed after he pleaded guilty to conspiring to distribute and to possess with intent to distribute hydromorphone, in violation of 21 U.S.C. § 846. His counsel has moved to withdraw and filed a brief under Anders v. California, 386 U.S. 738 (1967). We reject counsel's suggestion that appellant's prior federal conviction for escape should not be considered a predicate offense for career-offender classification. See United States v. Nation, 243 F.3d 467, 472-73 (8th Cir. 2001) (holding that escape is categorically

———————

[1]The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas.

crime of violence). Having reviewed the record independently pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal. Accordingly, we affirm.

_____